# UNITED STATES BANKRUPTCY COURT
## SOUTHERN **DISTRICT OF** GEORGIA
### SAVANNAH **DIVISION**

In Re:                     §
                       §

Pogos Autoworks, Llc        §      Case No. 16-40492
                       §

          Debtor           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Benjamin R. Roach, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 15,862.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants:  563,531.62

Claims Discharged
Without Payment:  NA

Total Expenses of Administration:  112,194.49

---

3) Total gross receipts of $ 675,726.11  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 675,726.11  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 430,327.11 | $ 495,926.48 | $ 495,926.48 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 112,194.49 | 112,194.49 | 112,194.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 18,942.45 | 18,942.45 | 18,942.45 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 223,897.42 | 93,074.11 | 48,662.69 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 785,361.47 | $ 720,137.53 | $ 675,726.11 |

4) This case was originally filed under chapteron 04/03/2016 , and it was converted to chapter 7 on 04/12/2017 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2019                    By:/s/Benjamin R. Roach, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE - 329 E Montgomery Crossroad/8403 Aegan Ave, Sav | 1110-000 | 635,000.00 |
| Other - machinery and equipment | 1129-000 | 30,000.00 |
| FINANCIAL ACCOUNTS - United Comm. Bank, DIP account | 1290-000 | 10,726.11 |
| **TOTAL GROSS RECEIPTS** | | **$ 675,726.11** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Ameris Bank As Successor By Merger To | 4110-000 | NA | 283,343.59 | 348,942.96 | 348,942.96 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | U.S. Small Business Administration | 4110-000 | NA | 146,983.52 | 146,983.52 | 146,983.52 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 430,327.11 | $ 495,926.48 | $ 495,926.48 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Benjamin R. Roach, Chapter 7 Trustee | 2100-000 | NA | 37,036.31 | 37,036.31 | 37,036.31 |
| Benjamin R. Roach, Chapter 7 Trustee | 2200-000 | NA | 691.91 | 691.91 | 691.91 |
| City Of Savannah Revenue Dept. | 2500-000 | NA | 70.14 | 70.14 | 70.14 |
| Johnson Construction co. | 2500-000 | NA | 2,487.00 | 2,487.00 | 2,487.00 |
| Union Bank | 2600-000 | NA | 2,623.16 | 2,623.16 | 2,623.16 |
| Chatham County Tax Commissioner"s Office | 2820-000 | NA | 5,722.20 | 5,722.20 | 5,722.20 |
| City Of Savannah Revenue Dept. | 2820-000 | NA | 2,435.48 | 2,435.48 | 2,435.48 |
| Office Of The United States Trustee | 2990-000 | NA | 5,219.54 | 5,219.54 | 5,219.54 |
| Mark A. Bandy | 3210-000 | NA | 9,600.00 | 9,600.00 | 9,600.00 |
| Mark A. Bandy | 3220-000 | NA | 83.75 | 83.75 | 83.75 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Donald L. James, CPA | 3410-000 | NA | 6,325.00 | 6,325.00 | 6,325.00 |
| Whitley & Associates | 3510-000 | NA | 39,900.00 | 39,900.00 | 39,900.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 112,194.49 | $ 112,194.49 | $ 112,194.49 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Chatham County Tax Commissioner''s Office | 5800-000 | NA | 830.91 | 830.91 | 830.91 |
| 1 | Internal Revenue Service | 5800-000 | NA | 18,111.54 | 18,111.54 | 18,111.54 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 18,942.45 | $ 18,942.45 | $ 18,942.45 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Filerworks Usa | 7100-000 | NA | 400.00 | 400.00 | 209.14 |
| 2 | Synovus Bank | 7100-000 | NA | 92,674.11 | 92,674.11 | 48,453.55 |
| 5 | U.S. Small Business Administration | 7100-000 | NA | 130,823.31 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 223,897.42 | $ 93,074.11 | $ 48,662.69 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 16-40492 | EJC | Judge: | Edward J. Coleman, III | |
| Case Name: | Pogos Autoworks, Llc | | | | |

Trustee Name: Benjamin R. Roach, Trustee
Date Filed (f) or Converted (c): 04/12/2017 (c)
341(a) Meeting Date: 05/09/2017

For Period Ending: 10/01/2019

Claims Bar Date: 08/07/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. REAL ESTATE - 329 E Montgomery Crossroad/8403 Aegan Ave, Sav | 342,900.00 | 650,000.00 | | 635,000.00 | FA |
| 2. FINANCIAL ACCOUNTS - United Comm. Bank, DIP account (u) | 9,413.00 | 10,726.11 | | 10,726.11 | FA |
| 3. Other - office equipment | 15,862.00 | 15,862.00 | | 0.00 | FA |
| 4. Other - machinery and equipment | 182,332.00 | 182,332.00 | | 30,000.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $550,507.00 | $858,920.11 | | $675,726.11 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor's attorney filed fee applications for both himself and tax accountant for fees and expenses incurred while under Chapter 11. These were late filed. Trustee's attorney and UST have both filed objections - hearing scheduled for July 30. Expected to have favorable ruling with issuance of distribution shortly thereafter.

| RE PROP # | 1 | -- | autoworks facility; realtor valuation and listing at $750k; liens are Ameris Bank $283,693; Small Bus Assn $59,556; Sea Island Bank $90,267; closing 4/11/2018 - $635,000 for building, $30,000 for equipment |
|---|---|---|---|
| RE PROP # | 2 | -- | DIP account |
| RE PROP # | 3 | -- | very little remaining office equipment of any value - sold along with property equipment on 4/11/2018 |
| RE PROP # | 4 | -- | all equipment sold along with building, closed on 4/11/2018 |

Initial Projected Date of Final Report (TFR): 06/29/2018     Current Projected Date of Final Report (TFR): 06/28/2019

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-40492

Case Name: Pogos Autoworks, Llc

Taxpayer ID No: XX-XXX4788

For Period Ending: 10/01/2019

Trustee Name: Benjamin R. Roach, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX6244

Checking

Blanket Bond (per case limit): $4,055,000.00

Separate Bond (if applicable):

*Exhibit 9*

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/01/17 | 2 | United Community Bank | DIP account balance | 1290-000 | $10,726.11 | | $10,726.11 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,711.11 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.94 | $10,695.17 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.40 | $10,679.77 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.89 | $10,663.88 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.87 | $10,648.01 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $10,633.01 |
| 04/16/18 | | Lee, Black & Hollis, P. C. | Proceeds of sale of 329 E. Montgomery Crossroad - per Court order authorizing sale on1/18/2018 (docket #163) per 1/18/2018 Court order authorizing sale (docket #163) | | $265,442.22 | | $276,075.23 |
| | | | Gross Receipts  $665,000.00 | | | | |
| | | Ameris Bank As Successor By Merger To The Coastal Bank Ameris Bank C/O Leo Story 605 W. Highway 80 Pooler, Ga 31322 | Payoff of first mortgage  ($348,942.96) | 4110-000 | | | |
| | | Whitley & Associates | Realtor's commission  ($39,900.00) | 3510-000 | | | |
| | | Johnson Construction co. | Emergency repairs  ($2,487.00) | 2500-000 | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Page Subtotals:          $276,168.33          $93.10

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-40492
Case Name: Pogos Autoworks, Llc

Trustee Name: Benjamin R. Roach, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX6244
Checking

Taxpayer ID No: XX-XXX4788
For Period Ending: 10/01/2019

Blanket Bond (per case limit): $4,055,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | City Of Savannah Revenue Dept. P.O. Box 1228 Savannah Ga 31402 | Fire fee ($70.14) | 2500-000 | | | |
| | | City Of Savannah Revenue Dept. P.O. Box 1228 Savannah Ga 31402 | 2017 Property taxes ($1,939.45) | 2820-000 | | | |
| | | City Of Savannah Revenue Dept. P.O. Box 1228 Savannah Ga 31402 | 2018 Property taxes ($496.03) | 2820-000 | | | |
| | | Chatham County Tax Commissioner"s Office Post Office Box 8324 Savannah, Ga 31412 | 2017 Property taxes ($4,556.65) | 2820-000 | | | |
| | | Chatham County Tax Commissioner"s Office Post Office Box 8324 Savannah, Ga 31412 | 2018 Property taxes ($1,165.55) | 2820-000 | | | |
| | 1 | | REAL ESTATE - 329 E Montgomery Crossroad/8403 Aegan Ave, Sav $635,000.00 | 1110-000 | | | |
| | 4 | | Other - machinery and equipment $30,000.00 | 1129-000 | | | |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.82 | $276,059.41 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $193.46 | $275,865.95 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $410.24 | $275,455.71 |
| 06/29/18 | 101 | U.S. Small Business Administration 233 Peachtree Street Ne Ste. 1900 Atlanta, Ga 30303 | Court ordered payment of secured claim Docket #199 | 4110-000 | | $146,983.52 | $128,472.19 |

Page Subtotals: $0.00 $147,603.04

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-40492

Case Name: Pogos Autoworks, Llc

Trustee Name: Benjamin R. Roach, Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX6244

Checking

Taxpayer ID No: XX-XXX4788

For Period Ending: 10/01/2019

Blanket Bond (per case limit): $4,055,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $396.67 | $128,075.52 |
| 08/16/18 | 102 | Chatham County Tax Commissioner"s Office Post Office Box 8324 Savannah, Ga 31412 | Taxes on inventory/equipment | 5800-000 | | $830.91 | $127,244.61 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $226.05 | $127,018.56 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $189.87 | $126,828.69 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $182.64 | $126,646.05 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $188.44 | $126,457.61 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $182.12 | $126,275.49 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $187.90 | $126,087.59 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $187.62 | $125,899.97 |
| 03/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $169.23 | $125,730.74 |
| 04/26/19 | | Transfer to Acct # xxxxxx0016 | Transfer of Funds | 9999-000 | | $125,730.74 | $0.00 |

COLUMN TOTALS $276,168.33 $276,168.33

Page Subtotals: $0.00 $128,472.19

| | | |
|---|--:|--:|
| Less: Bank Transfers/CD's | $0.00 | $125,730.74 |
| Subtotal | $276,168.33 | $150,437.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $276,168.33 | $150,437.59 |

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-40492                                                  Trustee Name: Benjamin R. Roach, Trustee          Exhibit 9
Case Name: Pogos Autoworks, Llc                                    Bank Name: Axos Bank
                                                                   Account Number/CD#: XXXXXX0016
                                                                   Checking
Taxpayer ID No: XX-XXX4788                                         Blanket Bond (per case limit): $4,055,000.00
For Period Ending: 10/01/2019                                      Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/26/19 | | Transfer from Acct # xxxxxx6244 | Transfer of Funds | 9999-000 | $125,730.74 | | $125,730.74 |
| 08/06/19 | 2001 | Chapter 7 Trustee Benjamin R. Roach 2358 Riverside Ave., #301 Jacksonville, FL 32204 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $37,036.31 | $88,694.43 |
| 08/06/19 | 2002 | Chapter 7 Trustee Benjamin R. Roach 2358 Riverside Ave., #301 Jacksonville, FL 32204 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $691.91 | $88,002.52 |
| 08/06/19 | 2003 | Office Of The United States Trustee <B>(Administrative)</B> Johnson Square Business Center 2 East Bryan Street, Suite 725 Savannah, Ga 31401 | Final distribution to claim 8 creditor account # representing a payment of 100.00 % per court order. | 2990-000 | | $5,219.54 | $82,782.98 |
| 08/06/19 | 2004 | Mark A. Bandy The Law Offices of Mark A. Bandy, P.C. 102 Brandywine Road Savannah, GA 31405 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3210-000 | | $9,600.00 | $73,182.98 |
| 08/06/19 | 2005 | Mark A. Bandy The Law Offices of Mark A. Bandy, P.C. 102 Brandywine Road Savannah, GA 31405 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3220-000 | | $83.75 | $73,099.23 |
| 08/06/19 | 2006 | Donald L. James, CPA Daniel & Duncan, LLC P. O. Box 8696 Savannah, GA 31412 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3410-000 | | $6,325.00 | $66,774.23 |
| 08/06/19 | 2007 | Internal Revenue Service Post Office Box 7346 Philadelphia, Pennsylvania 19101-7346 | Final distribution to claim 1 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $18,111.54 | $48,662.69 |
| 08/06/19 | 2008 | Synovus Bank Managed Assets P.O. Box 1199 Columbus, Ga 31902 | Final distribution to claim 2 creditor account # representing a payment of 52.28 % per court order. | 7100-000 | | $48,453.55 | $209.14 |
| 08/06/19 | 2009 | Filerworks Usa 3452 Sw 15Th Street Deerfield Beach, Fl 33442 | Final distribution to claim 9 creditor account # representing a payment of 52.29 % per court order. | 7100-000 | | $209.14 | $0.00 |

Page Subtotals:          $125,730.74          $125,730.74

| | | |
|---|---:|---:|
| COLUMN TOTALS | $125,730.74 | $125,730.74 |
| Less: Bank Transfers/CD's | $125,730.74 | $0.00 |
| Subtotal | $0.00 | $125,730.74 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $125,730.74 |

Exhibit 9

Page Subtotals:      $0.00      $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0016 - Checking | $0.00 | $125,730.74 | $0.00 |
| XXXXXX6244 - Checking | $276,168.33 | $150,437.59 | $0.00 |
|  | $276,168.33 | $276,168.33 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $399,557.78 |
| Total Net Deposits: | $276,168.33 |
| Total Gross Receipts: | $675,726.11 |

Page Subtotals:                    $0.00                $0.00